IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NIOKA BYRGE on behalf of :
MICHAEL L. HOLBROOK and
BRANDON HOLBROOK, :

    Plaintiff, :

vs. : Case No. 3:14cv60

DOREL JUVENILE GROUP, INC., : JUDGE WALTER H. RICE

    Defendant. :

---

ENTRY OVERRULING CERTAIN MOTIONS IN LIMINE AS MOOT, GIVEN PLAINTIFFS' WARRANTY THAT NO EVIDENCE WILL BE OFFERED ON THE SUBJECT OF SAME; FURTHER PROCEDURES SET

---

Pursuant to a January 14, 2016, telephone conference had between Court and counsel, the following motions are deemed to be moot, given the Plaintiffs' warranty that no evidence will be offered on the subject of same, and, accordingly, are OVERRULED: Docs. #36, #37, #38, #40, #41, #42, #45, and #46. As to Motions in Limine filed at Doc. #39 and #43, Plaintiffs' counsel will have until the close of business on February 4, 2016, to determine whether said motions are moot or, in the alternative, whether Plaintiffs will contest them. If the former, counsel will so advise the Court. If the latter, said counsel will file a memorandum contra by the aforesaid February 4, 2016, with the moving Defendant having ten days following said filing to file whatever reply memorandum is deemed necessary.


                                                */s/ Walter H. Rice*

January 25, 2016                        WALTER H. RICE
                                       UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record